Magistrate Judge Paula L. McCandlis

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> SERGIO RUBIO PACHECO <br><br> Defendant. | NO. MJ23-513 <br><br> ORDER AUTHORIZING DETENTION PENDING INITIAL APPEARANCE |

TO: The United States Marshal and any Authorized United States Officer:

Based upon a review of a sworn complaint, the Court finds there is probable cause to believe that the Defendant SERGIO RUBIO PACHECO, violated Title 21 United States Code, Sections 841(a)(1) and (b)(1)(C) and 846.

It is therefore ORDERED:

1. You are directed to bring the defendant before the nearest United States Magistrate Judge, or other authorized judicial officer, for initial appearance as promptly as that hearing can be scheduled with the court.

2. Defendant shall be held in custody pending that appearance.

DATED this 20th day of October, 2023.

*(signed)*
HON. PAULA L. MCCANDLIS
United States Magistrate Judge

ORDER AUTHORIZING DETENTION – 1
PENDING INITIAL APPEARANCE
*United States v. Sergio Pacheco* #2023R01116

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970