UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                Plaintiff,<br><br>    v.<br><br>SERGIO RUBIO PACHECO,<br><br>                Defendant. | CASE NO. MJ 23-513<br><br>**DETENTION ORDER** |

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

**FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION**

Defendant has been charged by complaint with conspiracy to distribute controlled substances. This offense carries a rebuttable presumption that Defendant is both a flight risk and a danger to the community. The Court finds Defendant has failed to overcome this presumption. The evidence against Defendant is strong as he was arrested as part of an undercover sting operation. The government proffered Defendant was involved in drug trafficking associated with

DETENTION ORDER - 1

a drug cartel. Defendant was involved in distributing very large quantities of controlled substances. When law enforcement attempted to arrest Defendant, he jumped from a second story building in an attempt to flee. Defendant is not a citizen of the United States. He has an incentive to flee to his home country given the significant prison term he faces and the fact that if convicted, he will likely be removed to his home county. He has no ties to this district. His father lives in California but release to California only increases the risk Defendant will flee to Mexico, his home country.

It is therefore **ORDERED**:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which Defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The Clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United States Pretrial Services Officer.

DATED this 26th day of October, 2023.

_____
BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER - 2